**MICHAEL J. KANE**
**MICHAEL KANE & ASSOCIATES, PLLC**
4355 West Emerald Street, Suite 190
Post Office Box 2865
Boise, Idaho 83701-2865
Telephone: (208) 342-4545
Facsimile: (208) 342-2323
Email: mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR DEFENDANT CANYON COUNTY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SENOBIO PADILLA-ARREDONDO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CANYON COUNTY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:18-cv-00025-EJL-CWD <br><br> DEFENDANT CANYON COUNTY'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

COMES NOW the Defendant, CANYON COUNTY, by and through its attorney of record, Michael J. Kane, of the firm Michael Kane & Associates, PLLC, and for an Answer to Plaintiff's *First Amended Complaint* (Dkt. 14) ("Amended Complaint") hereby pleads as follows:

**FIRST DEFENSE**

1.  Plaintiff's Amended Complaint and each and every count thereof, fail to state a claim against the Defendant upon which relief can be granted.

## SECOND DEFENSE

2. Defendant denies each and every allegation in the Plaintiff's Amended Complaint not specifically and expressly admitted herein.

3. Defendant admits this Court has jurisdiction over federal claims and may assume supplemental jurisdiction over state claims. However, no independent cause of action for violation of the Idaho state constitution exists under state law, and therefore no jurisdiction is afforded the federal courts. Defendant admits that venue is proper and that an actual controversy has arisen between the parties as to the federal claims. Therefore, Defendant partially admits and partially denies paragraphs 1, 2, 3, and 4 of the Plaintiff's Amended Complaint.

4. In answer to paragraph 5 of the Plaintiff's Amended Complaint, Defendant admits that Plaintiff provided a Nampa address at the time he was booked into the Canyon County Detention Center ("CCSO Jail" or "Jail").

5. In answer to paragraphs 6, 7 and 8 of the Plaintiff's Amended Complaint, Defendant admits that Kieran Donahue was the duly elected Sheriff of Canyon County, state of Idaho, during the relevant period, and Canyon County is a political subdivision of the state of Idaho. Kieran Donahue has been dismissed by the court from this lawsuit.

6. In answer to paragraphs 9, 10, and 11 of the Plaintiff's Amended Complaint, Defendant admits said paragraphs.

7. In answer to paragraphs 12, 13, 14 and 15 of the Plaintiff's Amended Complaint, Defendant has no information about whom, if anyone, Plaintiff or his spouse spoke to, and therefore must deny the allegations.

8. In answer to paragraphs 16 of the Plaintiff's Amended Complaint, Defendant admits from January 22, 2016, at 10:20 p.m., until Monday, January 25, 2016, at approximately

1:30 p.m., Plaintiff's bond was set at one thousand two hundred and twenty-six dollars ($1,226.00). Thereafter Plaintiff's bond was set by court order to five thousand dollars ($5,000) after he entered a plea of guilty consistent with Idaho law.

9. In answer to paragraph 17 of the Plaintiff's Amended Complaint, Defendant has no information about whom, if anyone, Plaintiff or his spouse spoke to, and therefore must deny the allegations.

10. In answer to paragraphs 18, 19 and 20 of the Plaintiff's Amended Complaint, these allegations pertain to a third party, and therefore no answer is warranted.

11. In answer to paragraphs 21 and 22 of the Plaintiff's Amended Complaint, Defendant has no information about whom, if anyone, Plaintiff or his spouse spoke to and therefore must deny the allegations.

12. In answer to paragraph 23 of the Plaintiff's Amended Complaint, Defendant admits the jail received Exhibit B.

13. In answer to paragraph 24 of the Plaintiff's Amended Complaint, Defendant admits said paragraph.

14. In answer to paragraphs 25, Defendant admits only that the Jail file reflects that an unsigned Form I-247D (5/15) was received on January 23, 2016.

15. In answer to paragraphs 26, 27, and 28, Defendant admits that on March 10, 2016, Plaintiff was sentenced based upon his January 25, 2016, plea of guilty. Exhibit C to Plaintiff's Amended Complaint speaks for itself, but Defendant notes that the form requests a cancelation of any prior detainer.

16. In answer to paragraph 29 of the Plaintiff's Amended Complaint, these allegations pertain to a third party, and therefore no answer is warranted.

17. In answer to paragraphs 30, 31, 32, 33, 34, 35, 36, and 37, Defendant admits said paragraphs.

18. In answer to paragraphs 38 and 39 of the Plaintiff's Amended Complaint, Defendant denies said paragraphs.

19. In answer to paragraph 40 of the Plaintiff's Amended Complaint, Defendant admits said paragraph but asserts that it has no duty to "facilitate" a criminal defendant's release from custody, absent a court order.

20. In answer to paragraphs 41, 42, 43 and 44 of the Plaintiff's Amended Complaint, Defendant denies.

21. In answer to paragraphs 45 and 46 of the Plaintiff's Amended Complaint, no allegations are made against the Defendant, and therefore no answer is required.

22. In answer to paragraphs 47, 48 and 49, Defendant admits, but notes that it has no duty to ensure that any federal agency acts in any manner whatsoever.

23. In answer to paragraphs 50, 51, 52 and 53 of the Plaintiff's Amended Complaint, Defendant denies said paragraphs.

24. In answer to paragraphs 54 and 55 of the Plaintiff's Amended Complaint, no allegations are made against the Defendant, and therefore no answer is required.

25. In answer to paragraphs 56, 57, 58, 59, 60, 61, 62, 63, 64 and 65 of the Plaintiff's Amended Complaint, Defendant denies said paragraphs.

26. In answer to paragraphs 66, 67 and 68 of the Plaintiff's Amended Complaint, no allegations are made against the Defendant, and therefore no answer is required.

27. In answer to paragraphs 69, 70, 71, 72, 73, 74 75, 76, 77, 78, 79, 80, 81 and 82 of the Plaintiff's Amended Complaint, Defendant denies said paragraphs.

## FIRST AFFIRMATIVE DEFENSE

28. This answering Defendant is immune from state or federal liability.

## SECOND AFFIRMATIVE DEFENSE

29. In so far as Plaintiff's Amended Complaint seeks to recover damages based upon violation of state law, Plaintiff has failed to timely file a Notice of Claim as required by Idaho Code § 6-906.

## THIRD AFFIRMATIVE DEFENSE

30. At no time did there exist between the Defendant and any other person an agreement, mutual understanding or meeting of the minds to deprive Plaintiff of civil rights.

## FOURTH AFFIRMATIVE DEFENSE

31. Discovery is just beginning and additional affirmative defenses may be discovered. This Defendant seeks leave to amend and add additional affirmative defenses as they become learned. This will aid the court and the parties in structuring this lawsuit based upon factual information.

## FIFTH AFFIRMATIVE DEFENSE

32. No action or omission by any policymaker based upon the information known to him or her constituted improper ratification that resulted in the deprivation of a constitutional right.

## SIXTH AFFIRMATIVE DEFENSE

33. The Constitution of the State of Idaho does not afford direct self-executing lawsuits for alleged violation of the state constitution, nor is any relief afforded under the state constitution under 42 USC § 1983.

## SEVENTH AFFIRMATIVE DEFENSE

34. The actions of this Defendant does not rise to the level of deprivation of a constitutionally protected right.

## EIGHTH AFFIRMATIVE DEFENSE

35. The claim of violation of the state constitution is barred by the Idaho Tort Claims Act statute of limitation.

**THESE ANSWERING DEFENDANTS DEMAND A JURY TRIAL.**

DATED this 8th day of May, 2018.

MICHAEL KANE & ASSOCIATES, PLLC

BY:    /s/ *Michael J. Kane*
    Attorneys for Canyon County

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of May, 2018, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Maria E. Andrade / Benjamin E. Stein**
  mandrade@andradelegal.com, Gjimenez@andradelegal.com, sshepard@andradelegal.com
  bstein@andradelegal.com

- **Michael J. Kane**
  mkane@ktlaw.net, tpresler@ktlaw.net

    /s/ *Michael J. Kane*