## Affidavit of Benjamin E. Stein

1. My name is Benjamin E. Stein, and I am co-counsel for Plaintiff Senobio Padilla-Arredondo (Case Number 1:18-cv-00025--EJL-CWD).

2. I am writing this affidavit in support of the Stipulated Motion for Status Conference.

3. I attest that I have been in consistent contact with Michael Kane, counsel for the Defendant, regarding a potential settlement since the Plaintiffs were granted an extension of time to respond to the Defendant's Motion for Summary Judgment on April 3, 2019. The stated reason for the extension was so that counsel could input from policy makers within Canyon County regarding a potential settlement.

4. On May 1, 2019, I received notice from Mr. Kane that one of the key policy makers in Canyon County, Sheriff Kieran Donahue, would be incapacitated for two to three weeks. It is the opinion of both parties that input from Sheriff Donahue is required for our settlement discussions.

5. I do not make this motion for purposes of delay. Counsel for each party has been in frequent communication with one another.

6. Prior to filing this motion, my office communicated with opposing counsel. Opposing counsel stipulated to this motion.

I declare under the penalty of perjury that the foregoing is true and correct.

/S/Benjamin E. Stein_____            05/02/2019_____
Benjamin E. Stein                                   Date

Subscribed and sworn (or affirmed) before me this 2nd day of May 2019.
State of Idaho                                    ) ss
County of Ada                                    )

_____/S/Starr Shepard_____
Starr Shepard
My commission expires on 2/28/2024

Exhibit 1
Page 1