**MICHAEL J. KANE**
**MICHAEL KANE & ASSOCIATES, PLLC**
4355 West Emerald Street, Suite 190
Post Office Box 2865
Boise, Idaho 83701-2865
Telephone:  (208) 342-4545
Facsimile:   (208) 342-2323
Email:  mkane@ktlaw.net
Idaho State Bar No. 2652

ATTORNEYS FOR DEFENDANT CANYON COUNTY

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| SENOBIO PADILLA-ARREDONDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:18-cv-00025-DCN-CWD |
| vs. | ) | |
| | ) | STIPULATION TO DISMISS |
| CANYON COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COME NOW the Plaintiff, **SENOBIO PADILLA-ARREDONDO**, by and through his attorney of record, Maria E. Andrade of Immigrant Justice Idaho, Inc., and Defendant, **CANYON COUNTY,** by and through its attorney of record, Michael J. Kane, of the firm Michael Kane & Associates, PLLC, and hereby stipulate and agree to dismiss the First Amended Complaint (Dkt. 14) filed in the above-entitled matter, with prejudice, and that each party bears its own costs and attorney fees.

DATED this 1ˢᵗ day of October, 2019.

IMMIGRANT JUSTICE IDAHO, INC.

BY:    */s/ Maria E. Andrade*
       MARIA E. ANDRADE
       Attorney for Plaintiff

DATED this 1ˢᵗ day of October, 2019.

MICHAEL KANE & ASSOCIATES, PLLC

BY:    */s/ Michael J. Kane*
       MICHAEL J. KANE
       Attorneys for Canyon County

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 1ˢᵗ day of October, 2019, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court's CM/ECF System for this action:

- **Maria E. Andrade / Benjamin E. Stein**
  m.andrade@immigrantjusticeidaho.org, s.shepard@immigrantjusticeidaho.org, b.stein@immigrantjusticeidaho.org

- **Michael J. Kane**
  mkane@ktlaw.net, tpresler@ktlaw.net

         */s/ Michael J. Kane*